**FILED**

**JUL 18 2014**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GARY HIRSCH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-1230 (UNA) |
| | ) | |
| SCOTT S. HARRIS, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

According to the petitioner, the Clerk and a Deputy Clerk of the Supreme Court of the United States have violated his First Amendment right of access to the courts by refusing to accept for filing a petition for a writ of certiorari. *See generally* Pet. at 1-2. He demands a writ of mandamus directing respondents to file and docket his submission. *Id.* at 2.

The Clerk of the Supreme Court is the designated recipient of all documents filed with the Supreme Court, and is authorized to reject any filing that does not comply with the applicable rules and orders. *See* Sup. Ct. R. 1. This Court has no authority to determine what action, if any, must be taken by the Supreme Court and its administrative officers. *See In re Marin*, 956 F.2d 339, 340 (D.C. Cir.), *cert. denied*, 506 U.S. 844 (1992).

The Court will grant the petitioner's application to proceed *in forma pauperis* and will dismiss the petition. An Order consistent with this Memorandum Opinion is issued separately.

DATE:

7/17/14

_____
United States District Judge